JINWOO JUN; et al., Petitioners,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 11–73500.

United States Court of Appeals, Ninth Circuit.

Submitted June 12, 2014.*

Filed June 16, 2014.

Steve Sungsoo Chang, Esquire, Law Offices of Chang & Lim, Los Angeles, CA, for Petitioners.

OIL, David H. Wetmore, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**738**

Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: McKEOWN, WARDLAW, and M. SMITH, Circuit Judges.

MEMORANDUM **

Jinwoo Jun and his family, natives and citizens of South Korea, petition for review of the Board of Immigration Appeals' ("BIA") order dismissing their appeal from an immigration judge's ("IJ") decision denying their application for asylum, withholding of removal, and protection under the Convention Against Torture ("CAT"). Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss the petition for review.

The IJ denied petitioners' claims based on an adverse credibility finding, and, alternatively, denied the adult petitioners' asylum claims as time-barred and denied the remaining claims on the merits. The BIA found that petitioners did not raise any relevant challenges to the IJ's denial of asylum, withholding of removal, and CAT. Thus, we lack jurisdiction to consider the arguments petitioners make in their opening brief. *See Tall v. Mukasey,* 517 F.3d 1115, 1120 (9th Cir.2008).

**PETITION FOR REVIEW DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).